IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **SYMBOLY INNOVATIONS, LLC,**<br><br>　　Plaintiff,<br><br>　　v.<br><br>**KEURIG DR. PEPPER, INC.,**<br><br>　　Defendant. | **CASE NO. 2:23-CV-00249-JRG**<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANT NOTICE OF COMPLIANCE

In compliance with the Court's standing order regarding motions under 35 U.S.C. § 101, Defendant Keurig Dr. Pepper, Inc. hereby files this Notice of Compliance.

\_\_\_  The parties agree that prior claim construction is not needed to inform the Court's analysis as to patentability

 X   The parties disagree on whether prior claim construction is not needed to inform the court's analysis as to patentability.

Dated: July 13, 2023

Respectfully submitted,

/s/ Ricardo J. Bonilla
Neil J. McNabnay
Texas Bar No.24002583
Ricardo J. Bonilla
Texas Bar No. 24082704
Rodeen Talebi
Texas Bar No. 24103958
Sarika Patel
Texas Bar No.24073520
mcnabnay@fr.com
rbonilla@fr.com
talebi@fr.com
patel@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, Texas 19001
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)

**ATTORNEYS FOR DEFENDANT
KEURIG DR. PEPPER, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy has been electronically filed using the CM/ECF filing system on July 13, 2023, which automatically sends email notifications to all counsel of record and which will permit viewing and downloading of same from the CM/ECF system.

/s/ Ricardo J. Bonilla
Ricardo J. Bonilla