**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **SYMBOLOGY INNOVATIONS, LLC,** | |
| **Plaintiff,** | **CASE NO. 2:23-CV-00249-JRG** |
| **v.** | **JURY TRIAL DEMANDED** |
| **KEURIG DR PEPPER, INC.,** | |
| **Defendant.** | |

**DEFENDANT'S AMENDED NOTICE OF COMPLIANCE**

In compliance with the Court's standing order regarding motions under 35 U.S.C. § 101, Defendant Keurig Dr Pepper, Inc. hereby files this Amended Notice of Compliance.  The joint letter is attached as Exhibit A.

Dated: July 18, 2023

Respectfully submitted,

*/s/ Ricardo J. Bonilla*
Neil J. McNabnay
Texas Bar No.24002583
Ricardo J. Bonilla
Texas Bar No. 24082704
Rodeen Talebi
Texas Bar No. 24103958
Sarika Patel
Texas Bar No.24073520
mcnabnay@fr.com
rbonilla@fr.com
talebi@fr.com
patel@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)

**ATTORNEYS FOR DEFENDANT**
**KEURIG DR PEPPER, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy has been electronically filed using the CM/ECF

filing system on July 18, 2023, which automatically sends email notifications to all counsel of

record and which will permit viewing and downloading of same from the CM/ECF system.

*/s/ Ricardo J. Bonilla*
Ricardo J. Bonilla