# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **SYMBOLY INNOVATIONS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**KEURIG DR. PEPPER, INC.**<br><br>Defendant. | Case No. 2:23-cv-249<br><br>Jury Trial Demanded |

## DECLARATION OF RANDALL GARTEISER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO RULE 12(b)(6) MOTION TO DISMISS

I, Randall Garteiser, hereby declare:

1. I am an attorney at Garteiser Honea, PLLC. I am counsel of record for Plaintiff Symbology Innovations, LLC, in this case. I have personal knowledge of the facts provided herein, and I could competently testify to them if called as a witness.

2. I make this declaration in support of Symbology's Opposition to Defendant's motion to dismiss based upon Section 101.

3. Attached hereto as Exhibit 1 is a true and correct copy of the communication I sent to counsel for Defendant regarding claim terms that need to be construed.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my personal knowledge.

Executed on August 7, 2023, in Tyler, Texas.

By: */s/ Randall Garteiser*
Randall Garteiser
