# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **SYMBOLOGY INNOVATIONS, LLC,** | **Case No. 2:23-cv-249** |
| Plaintiff, | **Jury Trial Demanded** |
| v. | |
| **KEURIG DR. PEPPER, INC.** | |
| Defendant. | |

### [PROPOSED] ORDER DENYING MOTION TO DISMISS

After considering the motion to dismiss [Dkt. No. 6], and related documents in support and in opposition to said motion, the Court finds that the motion should be DENIED.  Defendant is welcome to re-file its motion again after completion of claim construction in this case set to be consolidated.