IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC, § § § Plaintiff, § § v. § § KEURIG DR. PEPPER INC., § § Defendant. § § § | Case No. 2:23-cv-00249-JRG  JURY TRIAL DEMANDED |

**JOINT MOTION TO STAY ALL DEADLINES**

Symbology Innovations, LLC Systems, LLC ("Symbology"), Plaintiff, and Defendant Keurig Dr. Pepper Inc. ("Keurig") respectfully notify the Court that the Parties have reached a settlement in principle.

The Parties also respectfully request that the Court stay all pending motions, actions and deadlines for thirty (30) days, up to and including December 13, 2023, while the Parties finalize their resolution of this lawsuit, including the submission of a Motion to Dismiss. The requested stay is not for delay, but only to allow for an orderly resolution of this lawsuit.

Dated:  November 13, 2023

Respectfully Submitted

*/s/ Randall Garteiser*
M. Scott Fuller
  Texas Bar No. 24036607
  sfuller@ghiplaw.com
Randall Garteiser
  Texas Bar No. 24038912
  rgarteiser@ghiplaw.com
Christopher A. Honea
  Texas Bar No. 24059967
  chonea@ghiplaw.com

**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (903) 405-3999

**ATTORNEYS FOR PLAINTIFF**

*/s/ Alexander Hale Martin*
Alexander Hale Martin
Texas Bar No. 24091828
Neil J. McNabnay
Texas Bar No. 24002583
Ricardo J. Bonilla
Texas Bar No. 24082704
Rodeen Talebi
Texas Bar No. 24103958
Sarika Patel
Texas Bar No. 24073520
martin@fr.com
mcnabnay@fr.com
rbonilla@fr.com
talebi@fr.com
patel@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system.

*/s/ Randall T. Garteiser*
Randall T. Garteiser
