**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC, § § § Plaintiff, § § v. § § KEURIG DR. PEPPER INC., § § Defendant. § § § | Case No. 2:23-cv-00249-JRG JURY TRIAL DEMANDED |

**ORDER**

Good cause having been shown and pursuant to the stipulation of the parties, the Court ORDERS that

All pending motions, actions and deadlines are stayed for thirty (30) days, up to and including December 13, 2023.