IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SYMBOLGY INNOVATIONS, LLC, | § |
| *Plaintiff*, | § |
| v. | §   CIVIL ACTION NO. 2:23-CV-00249-JRG |
| KEURIG DR. PEPPER INC., | § |
| *Defendant*. | § |

## ORDER

Before the Court is the Joint Motion to Stay All Deadlines (the "Joint Motion") filed by Defendant Keurig Dr. Pepper, Inc. and Plaintiff Symbology Innovations, LLC (collectively, the "Parties"). (Dkt. No. 28). In the Joint Motion, the Parties represent that they have reached a settlement in principle. (*Id*. at 1). The Parties request a stay of the above-captioned case for thirty (30) days, up to and including December 13, 2023, to allow the Parties to finalize their resolution of this lawsuit and file dismissal papers. (*Id.*).

Having considered the Joint Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all deadlines in the above-captioned case are **STAYED** for thirty (30) days, up to and including December 13, 2023, during which time appropriate dismissal papers are to be filed with the Court. The Court further **ORDERS** that the Hearing on Dkt. No. 6 scheduled for November 20, 2023 is **CANCELLED**.

So ORDERED and SIGNED this 17th day of November, 2023.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE