# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC, | § § § |
| Plaintiff, | § § Case No. 2:23-cv-00249-JRG § |
| v. | § JURY TRIAL DEMANDED § |
| KEURIG DR. PEPPER INC., | § § § |
| Defendant. | § § § § |

## STIPULATED MOTION FOR DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Symbology Innovations, LLC ("Symbology") and Defendant Keurig Dr. Pepper Inc. ("Keurig") (collectively, the "Parties") respectfully submit this stipulation of dismissal of Symbology's claims against Keurig with prejudice and Keurig's counterclaims against Symbology without prejudice. Each party is to bear its own costs, expenses, and attorneys' fees.

| | |
|---|---|
| Dated:  November 17, 2023 | Respectfully Submitted |
| | */s/* Randall Garteiser |
| | M. Scott Fuller |
| |    Texas Bar No. 24036607 |
| |    sfuller@ghiplaw.com |
| | Randall Garteiser |
| |    Texas Bar No. 24038912 |
| |    rgarteiser@ghiplaw.com |
| | Christopher A. Honea |
| |    Texas Bar No. 24059967 |
| |    chonea@ghiplaw.com |
| | **GARTEISER HONEA, PLLC** |
| | 119 W. Ferguson Street |
| | Tyler, Texas 75702 |
| | Telephone: (903) 705-7420 |
| | Facsimile: (903) 405-3999 |
| | **ATTORNEYS FOR PLAINTIFF** |
| | |
| | */s/* Alexander Hale Martin |
| | Alexander Hale Martin |
| | Texas Bar No. 24091828 |
| | Neil J. McNabnay |
| | Texas Bar No. 24002583 |
| | Ricardo J. Bonilla |
| | Texas Bar No. 24082704 |
| | Rodeen Talebi |
| | Texas Bar No. 24103958 |
| | Sarika Patel |
| | Texas Bar No. 24073520 |
| | martin@fr.com |
| | mcnabnay@fr.com |
| | rbonilla@fr.com |
| | talebi@fr.com |
| | patel@fr.com |
| | **FISH & RICHARDSON P.C.** |
| | 1717 Main Street, Suite 5000 |
| | Dallas, Texas 75201 |
| | (214) 747-5070 (Telephone) |
| | (214) 747-2091 (Facsimile) |
| | |
| | **ATTORNEYS FOR DEFENDANT** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system.

*/s/ Randall T. Garteiser*
Randall T. Garteiser