IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SYMBOLY INNOVATIONS, LLC, | § |
| *Plaintiff*, | § |
| v. | §  CIVIL ACTION NO. 2:23-CV-00249-JRG |
| KEURIG DR. PEPPER INC., | § |
| *Defendant*. | § |

## ORDER

Before the Court is the Stipulated Motion for Dismissal (the "Stipulation") filed by Defendant Keurig Dr. Pepper, Inc. ("Keurig") and Plaintiff Symbology Innovations, LLC ("Symbology") (collectively, the "Parties"). (Dkt. No. 30). In the Stipulation, the Parties stipulate to dismissal of Symbology's claims against Keurig with prejudice and Keurig's counterclaims against Symbology without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (*Id.* at 1).

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that Symbology's claims against Keurig in the above-captioned case are **DISMISSED WITH PREJUDICE**. The Court further **ACCEPTS AND ACKNOWLEDGES** that Keurig's counterclaims against Symbology in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**. Each party shall bear its own costs and fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**. The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So ORDERED and SIGNED this 21st day of November, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE